# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Valerine Lans Anderson, Individually and as administrator of The Estate of Devon Anderson | CIVIL ACTION CASE NO.: 1:25-cv-06031-VMC |
| Plaintiff, | |
| v. | |
| The City of Atlanta, Chief Darin Schierbaum, Melvin Potter, and Lakeisha Riley, | Jury Trial Demanded |
| Defendants. | |

## DEFENDANTS CITY OF ATLANTA AND CHIEF DARIN SCHIERBAUM'S MOTION TO STAY PRELIMINARY DEADLINES

COME NOW Defendants City of Atlanta, and Chief Darin Schierbaum ("City Defendants") respectfully request that the Court stay all procedures and requirements of Fed. R. Civ. P. 26 and N.D. Ga. Local Rule 26.1, including the deadline for the City Defendants to serve initial disclosures, pending the Court's ruling on their pending Motions to Dismiss. In support of this Motion, the City Defendants show the following:

1. The Plaintiff filed the original Complaint [ECF No. 1] on October 21, 2025.

1

2.      Defendants City of Atlanta and Chief Darin Shierbaum filed separate Motions to Dismiss [ECF No. 9 and 10] on November 19, 2025.

3.      The Plaintiff filed a Response in Opposition to the City of Atlanta and Chief Darin Shierbaum's Motions to Dismiss [ECF No. 13] on December 3, 2025.

4.      The City of Atlanta and Chief Darin Schierbaum filed their Reply Briefs in further support of their Motions to Dismiss [ECF No. 16 and 17] on December 17, 2025.

5.      The City of Atlanta and Chief Darin Schierbaum's Motions have been submitted to District Court Judge Victoria M. Calvert on December 18, 2025.

6.      If the Court grants either or both of the City Defendants' motions to dismiss, it will eliminate the need for discovery with respect to dismissed Defendant(s) or claim(s). Accordingly, the requested stay will promote judicial economy and efficiency by preventing costly discovery that could potentially be unnecessary.

7.      This Court has broad discretion to stay discovery until it resolves these motions. *See Chudasma v. Mazda Motor Corp.*, 123 F.3d 1353, 1367-68 (11th Cir. 1997). Courts within the Eleventh Circuit routinely find good cause to stay discovery where there is a pending motion to dismiss. *See, e.g., Habib v. Bank of Am. Corp.*, No. 1:10-cv-04079-SCJ-RGV, 2011 WL 2580971, at *6 n.4 (N.D. Ga. Mar. 15, 2011)

2

("[T]here is good cause to stay discovery obligations until the District Judge rules on the [the defendant's] motion to dismiss to avoid undue expense to both parties."); *Berry v. Canady*, No. 2:09-cv-765-FtM-29SPC, 2011 WL 806230, at \*1 (M.D. Fla. Mar. 2, 2011) (*quoting Moore v. Potter*, 141 F. App'x 803, 807 (11th Cir. 2005) ("[N]either the parties nor the court have any need for discovery before the court rules on the motion [to dismiss].").

8.      The City Defendants do not seek this stay for delay or any improper purpose. Therefore, for the efficiency of this action and the Court, the City Defendants respectfully request that all Rule 26 and N.D. Ga. L.R. 26 deadlines run from the time of the Court's last ruling on Defendants' pending motions to dismiss.

9.      A proposed order is attached for the Court's convenience.

Respectfully submitted this 9th day of April 2026.

**RESPECTFULLY SUBMITTED,**

*/s/ Sandy Milord*
**SANDY MILORD**
Deputy Division Chief
Georgia Bar No. 622391
(404) 546-4083 (*Direct*)
smilord@atlantaga.gov

*/s/ Staci M. Strickland*
**STACI M. STRICKLAND**
Deputy Division Chief
Georgia Bar No. 601594
(404) 546-4083 (*Direct*)
smstrickland@atlantaga.gov

*Attorneys for the City of Atlanta
and Chief Darin Schierbaum*

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
(404) 546-4100 (*Main)*
(404) 225-5773 (*Fax*)

## <u>CERTIFICATE OF COMPLIANCE AND CERTIICATE OF SERVICE</u>

Pursuant to Local Rule 7.1(D), Counsel for the Defendants City of Atlanta and Chief Darin Schierbaum hereby certifies that this **MOTION TO STAY PRELIMINARY DEADLINES** has been prepared in compliance with Rule 5.1(B) in 14 point, Times New Roman font typeface. I also hereby certify that on this day, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 9th day of April 2026.

*/s/ Sandy Milord*
**Sandy Milord**
Deputy Division Chief

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Valerine Lans Anderson, Individually and as administrator of The Estate of Devon Anderson<br><br>Plaintiff,<br><br>v.<br><br>The City of Atlanta, Chief Darin Schierbaum, Melvin Potter, and Lakeisha Riley,<br><br>Defendants. | CIVIL ACTION CASE NO.: 1:25-cv-06031-VMC<br><br><br><br>Jury Trial Demanded |

## [PROPOSED] ORDER

Having read and considered the City of Atlanta and Chief Darin Shierbaum's ("City Defendants") motion to stay preliminary deadlines, it is hereby ORDERED that all Rule 26 and N.D. Ga. L.R. 26 deadlines shall run from the time of the Court's last ruling on Defendants' pending motions to dismiss.

**SO ORDERED**, this _____ day of _____ , 2026

_____
Honorable Victoria M. Calvert
United States District Judge

6